**C. Aaron Johnson, OSB No. 093950**
cajohnson@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, OR 97301
Telephone: 503-363-3443
Fax: 503-371-2482
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID KISHPAUGH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.<br><br>**COMPLAINT**<br><br>Personal Injury Action – Negligence<br>28 U.S.C. sec2674; 28 U.S.C. sec 1346<br><br>Jury Trial Requested |

Plaintiff ("DAVID KISHPAUGH") alleges:

**JURISDICTION**

1.

The claims asserted herein arise under Oregon Common Law Negligence. This Court has original jurisdiction over this controversy pursuant to 28 U.S.C. §2674 (the United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances) and 28 U.S.C. §1346(b) (civil actions on claims against the United States, for money damages for personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred).

2.

Proper venue for this action is in the United States District Court for the District of Oregon pursuant to 28 U.S.C. §1346(b)(1) because a substantial part of the acts or omissions giving rise to the controversy occurred in Oregon.

**PROCESS**

3.

The United States of America may be served with process in accordance with Rule 4(i)(1) of the Federal Rules of Civil Procedure by serving a copy of the Summons and Complaint on Scott E. Bradford, US Attorney, by certified mail, return receipt requested, at the United States Attorney's Office for the District of Oregon, 1000 SW 3rd Ave #600, Portland, Oregon 97204, to the attention of the Civil Process Clerk, by serving a copy of the Summons and Complaint on David Steiner, Postmaster General of the United States Postal Service, at the United States Postal Service, 475 L'Enfant Plaza SW, Washington, DC 20260-0010, and by serving a copy of the Summons and Complaint on Todd Blanche, acting Attorney General of the United States, by certified mail, return receipt requested, at the US Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001, to the attention of the Civil Process Clerk.

**PARTIES**

4.

At all times material, DAVID KISHPAUGH was a resident of Estacada, Clackamas County, Oregon.

5.

At all times material, Defendant UNITED STATES OF AMERICA was acting by and through the UNITED STATE POSTAL SERVICE (hereinafter referred to as "USPS"), and had working for it; employees, officers, or agents who, at all times material, were working within the course and scope of their office or employment and were under the control, or right of control, of Defendant. All acts attributed to Defendant as alleged below were performed by and through said persons.

## PROCEDURAL REQUIREMENTS

6.

Defendant has been given proper and timely notice of this claim for damages pursuant to 28 USC, Chapter 171. Said notice was made within two years after the date of injury.

7.

On February 10, 2025, Plaintiff DAVID KISHPAUGH submitted a Standard Form 95 Claim for Damage and Injury in the amount of $500,000.00 with the United States Postal Service satisfying the procedural requirement of 28 U.S.C. sec 2401(b) and 28 U.S.C. sec 2675.

8.

On April 18, 2025, USPS Tort Claims Examiner/Adjudicator Meenakshi Ahuja, via letter to Plaintiff's attorney confirmed that the USPS received Plaintiff's Standard From 95 Claim for Damages and Injury on February 18, 2025.

9.

The motor vehicle collision which forms the basis of this lawsuit occurred on November 18, 2024.

10.

More than six months have elapsed since Plaintiff filed his claim with the United States Postal Service (USPS).

11.

Plaintiff has timely filed this civil action.

## FACTS OF INCIDENT

12.

On November 18, 2024 at approximately 10:00 a.m., Plaintiff DAVID KISHPAUGH was the seat-belted driver of a 2017 Jeep Wrangler traveling eastbound on SE Currin Road near Estacada, Clackamas County, Oregon.

/ / /

/ / /

13.

A United States Postal Service (USPS) vehicle, driven by USPS employee Patricia Kennedy, was driving eastbound on SE Currin Road near Estacada, Clackamas County Oregon.

14.

As Plaintiff was following Patricia Kennedy, Kennedy veered off the road to the right as if to make a stop. Without warning and without a turn signal, Kennedy then attempted to make a left turn across SE Currin Road, causing a collision with Plaintiff's vehicle, causing Plaintiff injuries.

**CLAIM FOR RELIEF**

(Negligence)

15.

This collision was caused by the negligence of Defendant, by and through Patricia Kennedy, acting in her capacity as an employee of the United States of America, as is hereinafter more specifically set forth.

16.

This collision caused injuries to Plaintiff's person as are hereinafter more specifically set forth.

17.

At the aforementioned time and place of the collision, Defendant was negligent in one or more of the following particulars:

(a) In failing to maintain a proper lookout for other vehicles upon the roadway;

(b) In operating a vehicle at a speed that was unreasonable under the circumstances then and there existing;

(c) In failing to maintain control of a vehicle as would a reasonably prudent driver under the same or similar circumstances;

(d) In failing to yield the right-of-way; and

(e) In making a dangerous left turn.

/ / /

**DAMAGES**

18.

As a direct and proximate result of the Defendant's negligence aforementioned, Plaintiff was caused physical pain, anguish, and suffering, together with a permanent tearing, twisting, and wrenching of the muscles, tendons, ligaments, bones, nerves, and soft tissues of his neck, shoulders, back, and hips, with resultant headaches, dizziness, cognitive impairment, and in particular, the following:

- Comminuted intra-articular right distal tibial pilon fracture;
- Displaced distal fibular shaft fracture; and
- Cortical Fracture of the Distal Fibula.

19.

As a further direct and proximate result of the Defendant's negligence aforementioned, the Plaintiff was required to and did employ the services of doctors, nurses, hospital staff, and other healthcare providers for medical examinations, treatment, and care of the previously described injuries. As a result, the Plaintiff has incurred economic damages for past medical expenses in the approximate sum of $171,645.88.

20.

The Plaintiff has sustained injuries which are permanent and degenerative in nature and have increased his susceptibility to future injury, degenerative arthritis, and degenerative disc disease. In addition, the Plaintiff has sustained injuries which may constitute an aggravation of a pre-existing condition and/or aggravation of a prior infirm condition. Moreover, the Plaintiff has been caused an impairment to the enjoyment of his lifestyle; and all of said injuries are to Plaintiff's non-economic damage in a sum which a jury determines to be reasonable, but not to exceed the sum of $2,500,000.00

/ / /

/ / /

/ / /

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

1. For Plaintiff DAVID KISHPAUGH's special and general damages in sums to be proven at trial,
2. For Plaintiff's noneconomic damages in an amount not to exceed $2,500,000.00;
3. For economic damages for past medical expenses in the approximate sum of $171,645.88;
4. For such other and further relief as the Court deems just and equitable; and
5. For Plaintiff's taxable fees and costs;

Dated this 5th day of November, 2026.

THE GATTI LAW FIRM

C. Aaron Johnson, OSB No. 093950
235 Front Street SE, Suite 200
Salem, OR 97301
Phone: (971) 441-8181 Work or 800-289-3443
Fax: 503-371-2482
Email: cajohnson@gattilaw.com
Assistant email: osanchez@gattilaw.com

Of Attorneys for Plaintiff